### DANIEL CARNEY v. TIMOTHY KIRBY, ET AL.

In an action to recover a city assessment for a public improvement, the plaintiff will not be permitted to file the city ordinances as exhibits, or to embody them in his petition.

SPECIAL TERM.—On demurrer to petition. Plaintiff brings his action to recover the amount of an assessment issued to him by the city of Cincinnati to defray the cost of grading a public street, upon which the defendant owns property.

The alleged cause of demurrer is that the petition is insufficient by reason of the assessment, and the several resolutions and ordinances of the city council, in relation to the work, being not made part of the petition.

*C. C. Murdock*, for plaintiff.

*Clinton Kirby*, for defendant.

STORER, J. I decide that the petition is sufficient under section 26 of the act providing for the organization of cities, etc., as amended by section 18 of the law of 1853, Swan, 985. The plaintiff will not be permitted to file the ordinances as exhibits, or to embody them in his petition. They are evidence merely, and are not included in the provisions of section 122 of the code. If the defendant wishes to know, before trial, what the evidence is by which the plaintiff proposes to sustain his action, he may obtain it by pursuing the course indicated in section 360 and 361 of the code.

Demurrer overruled.